**No. 11-7321. Clifford Scott Eaton, Petitioner v. United States.**

565 U.S. 1100, 132 S. Ct. 863, 181 L. Ed. 2d 562, 2011 U.S. LEXIS 8920.

December 12, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 422 Fed. Appx. 553.